Rev. 7/06
CO Hab Corp
AO 241 amd.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

Philip D. Cook
NAME (Under which you were convicted)

10449-007
PRISON NUMBER

Rivers Correctional Institution
PLACE OF CONFINEMENT/ADDRESS
P.O. Box 630
Winton, NC 27986

Philip D. Cook                            )
(Full Name)        Petitioner             )
                                          )
                                          )   Case: 1:08-cv-00887
        v.                                )   Assigned To : Unassigned
                                          )   Assign. Date : 5/27/2008
                                          )   Description: Habeas Corpus/2255
U.S. Parole Commission                    )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
                    Respondent            )

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA**

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
MAY - 2008
Clerk, U.S. District and
Bankruptcy Courts

4. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

7. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: Superior Court of the District of Columbia, 500 Indiana Avenue, Washington, D.C. 20001

2. (a) Date of the sentence (or detention): July 18, 1990

3. Length of sentence: 15 years

4. Nature of offense involved (all counts): _____

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

Page 3

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____
_____
_____
_____
_____
_____
_____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: _____
       (2) Nature of the proceedings: _____
           _____
           _____
       (3) Grounds raised: _____
           _____
           _____
           _____
           _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____
           _____
           _____
       (3) Grounds raised: _____
           _____
           _____
           _____
           _____
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____

Page 4

  (6) Date of result: _____

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: _____
  (2) Nature of the proceedings: _____

  (3) Grounds raised: _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☐ No
  (5) Result: _____
  (6) Date of result: _____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
    ☐ Yes
    ☐ No
  (2) Second petition, etc.:
    ☐ Yes
    ☐ No

  (3) Third petition, etc.:
    ☐ Yes
    ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.  GROUND ONE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _Petitioner asserts that the U.S. Parole Commission has failed to credit him with time spent on parole while he was under the supervision of the D.C. Board of Parole from 1994 to 1997._

B.  GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

C.  GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

D. GROUND FOUR:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give the name and location of the court and case number, if known: _____
    _____
    _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____
    _____

(b) And give date and length of sentence to be served in future: _____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  ☐ Yes
  ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Phillip Cook*
Petitioner's Signature

4-4-08
Date

State of North Carolina, County of Pasquotank
Signed before me this 4th day of April, 2008
By *Phillip Cook*
My Commission Expires 4/1/09

*Rita C. Williams*
Rita C. Williams, Notary Public

[Notary Seal: RITA C. WILLIAMS, NOTARY PUBLIC, PASQUOTANK COUNTY, NC]

### BRIEF IN SUPPORT OF PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

In support of petitioner's petition for a "Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2241," petitioner asserts that he was sentenced in the Superior Court of the District of Columbia on July 18, 1990 to a term of fifteen (15) years. Petitioner was remanded to the exclusive custody of the D.C. Department of Corrections to the Central Detention Facility in the District of Columbia and was later transferred to the Central Facility in Lorton, Va. to serve his fifteen year sentence.

In 1994, after being seen by the D.C. Board of Parole, petitioner was granted parole, and ordered to report to a D.C. Parole Officer for supervision of the remainder of the fifteen year sentence imposed in the Superior Court of the District of Columbia in 1990. In 1997, the D.C. Board of Parole violated petitioner's parole, crediting petitioner with all time spent on parole from 1994 until 1997. Petitioner was reparoled in 2000.

Petitioner asserts that the U.S. Parole Commission has failed to credit petitioner with time he was on parole and under the exclusive custody of the D.C. Board of Parole from the years 1994 until 1997. Petitioner asserts that he is entitled to this time based on the fact that he was under the exclusive supervision of the D.C. Board of Parole at the time his parole was revoked in 1997 and petitioner was retaken into

**FILED**

08 0887    MAY 27 2008

Clerk, U.S. District and Bankruptcy Courts

by the D.C. Board of Parole and reparoled in the year 2000 by the D.C. Board of Parole.

Petitioner asserts that at the time of his parole violation, the time he spent on parole was governed by the "D.C. Good times Credit Act of 1987," which stated that petitioner was entitled to all time "spent on parole" while under the exclusive supervision of the D.C. Board of Parole. The **Noble** case had not been decided when petitioner's parole was revoked in 1997, but even when it was decided, it was stipulated by both all parties that anyone that was under the exclusive custody of the D.C. Department of Corrections and the D.C. Board of Parole from April 11, 1987 until April 23, 1998 was entitled to be credited with all time spent on parole. (See **Noble v. U.S. Parole Commission**, 32 F. Supp.2d at 14, Exhibit A). Petitioner fits the necessary criteria for the awarding of all "time spent on parole" under the exclusive supervision of the D.C. Board of Parole for 1994 until 1997, and therefore is entitled to have this time credited to his sentence.

**WHEREFORE,** in light of the aforementioned, petitioner request that this honorable court issue an order directing the U.S. Parole Commission to credit him with all "time spent on parole" under the exclusive jurisdiction and supervision of the D.C. Department of Corrections and the D.C. Board of Parole, to include the years of 1994 until 1997.

-2-

Respectfully Submitted,

*Philip D. Cook*
Philip D. Cook
Reg. No. 10449-007
Rivers CI
P.O. Box 630
Winton, NC 27986

Subscribed to and Sworn before Me this 4th day of April 2008.

*Rita C. Williams*
Notary Public

[Notary seal: RITA C. WILLIAMS, NOTARY PUBLIC, PASQUOTANK COUNTY, NC]

-3-

```
 RIVA0   540*23  *        SENTENCE MONITORING         *      03-07-2008
 PAGE 001         *         COMPUTATION DATA          *        14:46:36
                              AS OF 03-07-2008

 REGNO..: 10449-007 NAME: COOK, PHILLIP D


 FBI NO............: 875522H          DATE OF BIRTH: 08-14-1948
 ARS1..............: RIV/A-DES
 UNIT..............: C                QUARTERS.....: C01-119U
 DETAINERS.........: NO               NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 11-22-2008

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  01-02-2009 VIA PRESUM PAR

 ---------------------CURRENT JUDGMENT/WARRANT NO: 050 ---------------------


 COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
 DOCKET NUMBER...................: F4033-84B
 JUDGE...........................: GRAAE
 DATE SENTENCED/PROBATION IMPOSED: 07-18-1990
 DATE WARRANT ISSUED.............: 10-23-2007
 DATE WARRANT EXECUTED...........: 11-06-2007
 DATE COMMITTED..................: 03-05-2008
 HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
 PROBATION IMPOSED...............: NO
 SPECIAL PAROLE TERM.............:


 RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

 ----------------------CURRENT OBLIGATION NO: 010 ---------------------

 OFFENSE CODE....:  620
 OFF/CHG: 33-541, UNLAWFUL DISTRIBUTION OF CONTROLLED SUBSTANCE
          (HEROIN)

  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
  NEW SENTENCE IMPOSED...........: 2032 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 06-14-1984




 G0002        MORE PAGES TO FOLLOW . . .
```

```
RIVA0   540*23 *              SENTENCE MONITORING          *      03-07-2008
PAGE 002 OF 002 *             COMPUTATION DATA             *      14:46:36
                              AS OF 03-07-2008

REGNO..: 10449-007 NAME: COOK, PHILLIP D


------------------------CURRENT COMPUTATION NO: 050 -------------------------


COMPUTATION 050 WAS LAST UPDATED ON 02-25-2008 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010

DATE COMPUTATION BEGAN..........: 11-06-2007
TOTAL TERM IN EFFECT............: 2032 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS         6 MONTHS       24 DAYS
EARLIEST DATE OF OFFENSE........: 06-14-1984

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 534
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-12-2011
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 11-30-2012
EXPIRATION FULL TERM DATE.......: 05-29-2013

PRESUMPTIVE PAROLE DATE.........: 01-02-2009
NEXT PAROLE HEARING DATE........: 03-00-2008
TYPE OF HEARING.................: PAROLE PRE-RELEASE REC REV

PROJECTED SATISFACTION DATE.....: 01-02-2009
PROJECTED SATISFACTION METHOD...: PRESUM PAR




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```